**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 07-6235

———————

TRAVIS WATSON,

                                   Plaintiff - Appellant,

        versus

CIRCUIT COURT, Mecklenburg County,

                                   Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:07-cv-00044-RAJ)

———————

Submitted:  April 19, 2007          Decided:  April 25, 2007

———————

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Travis Watson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Watson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Watson v. Circuit Court</u>, No. 2:07-cv-00044-RAJ (E.D. Va. Feb. 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>